**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-00370-001-TUC-RM (BGM) |
| Plaintiff, | **ORDER** |
| v. | |
| Nathaniel Dijon Taylor, | |
| Defendant. | |

On June 21, 2023, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation ("R&R") (Doc. 101) recommending that this Court deny Defendant's Motion to Preclude Statements (Doc. 84), and another R&R (Doc. 102) recommending that this Court deny Defendant's Motion to Suppress Evidence (Doc. 87). No objections to either R&R were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Crim. P. 59(b)(3) ("The district judge must consider de novo any objection to the magistrate judge's recommendation"). Failure to object to the findings and recommendations of the magistrate judge "waives a party's right to review." Fed. R. Crim. P. 59(b)(2).

The Court has reviewed Magistrate Judge Macdonald's R&Rs, the parties' briefs, and the record. The Court finds no error in the conclusions of Magistrate Judge Macdonald's R&Rs, and Defendant has waived his right to review by failing to file

objections.

Accordingly,

**IT IS ORDERED** that the Reports and Recommendations (Docs. 101, 102) are **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Preclude Statements (Doc. 84) is **denied**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence (Doc. 87) is **denied**.

Dated this 11th day of July, 2023.

_____
Honorable Rosemary Márquez
United States District Judge